1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARRYL KEITH BRYANT,

11              Petitioner,              No. CIV S-07-2295 GEB GGH P

12        vs.

13   WARDEN MALFI,

14              Respondent.             ORDER

15   _____/

16              On October 26, 2007, petitioner filed a habeas corpus petition addressed to the

17   California Supreme Court.  It appears that petitioner mistakenly filed this action in federal court.

18              Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of

19   this order, petitioner shall inform this court whether he intends to proceed in this court on the

20   petition filed October 26, 2007.

21   DATED:   12/3/07

22                                        /s/ Gregory G. Hollows

23                                        _____
                                          UNITED STATES MAGISTRATE JUDGE

24

     bry2295.ord

25

26

1