IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL KEITH BRYANT,**<br><br>                              Petitioner,<br><br>         v.<br><br>**WARDEN MALFI, et al.,**<br><br>                              Respondents. | CIV S-07-2295 GEB GGH P<br><br>**ORDER** |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's motion for a 30-day enlargement of time within which to file a response to the petition for writ of habeas corpus in this matter is granted. A response shall be filed on or before February 15, 2008.

Dated: 01/22/08                              /s/ Gregory G. Hollows
                                                    UNITED STATES MAGISTRATE JUDGE

bry2295.eot

[Proposed] Order

1