IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL KEITH BRYANT,

    Petitioner,                    No. CIV S-07-2295 GEB GGH P

    vs.

WARDEN MALFI, et al.,

    Respondents.               ORDER

_____/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 6, 2008, respondent filed an answer to the petition. On February 22, 2008, petitioner filed a motion to hold this action in abeyance pending exhaustion of additional claims in state court.

    In Rhines v. Weber, 544 U.S. 269, 125 S.Ct. 1528 (2005) the United States Supreme Court found that a stay and abeyance of a mixed federal petition should be available only in the limited circumstance that good cause is shown for a failure to have first exhausted the claims in state court, that the claim or claims at issue potentially have merit and that there has been no indication that petitioner has been intentionally dilatory in pursuing the litigation. Rhines, supra, at 277-78, 125 S.Ct at 1535. Petitioner's motion does not address all of the

1

<u>Rhines</u> factors, as set forth above.  Nor did petitioner file an amended petition containing his exhausted and unexhausted claims.

      Accordingly, IT IS HEREBY ORDERED that petitioner's February 22, 2008, motion to hold this action in abeyance is denied without prejudice; petitioner is granted twenty days from the date of this order to file a renewed motion to hold this action in abeyance and an amended petition; respondent shall file a response to this motion within twenty days thereafter; if petitioner does not file a renewed motion, he may file a reply to respondent's answer within thirty days of the date of this order; following that time, the petition will be deemed submitted for decision.

DATED:  04/28/08

                        /s/ Gregory G. Hollows
                        _____
                        UNITED STATES MAGISTRATE JUDGE

bry2295.ord